David L. BEATTY, et al. *v.* Bill CLINTON, Governor, et al.

89-195                          772 S.W.2d 619

Supreme Court of Arkansas
Opinion delivered July 17, 1989

*David L. Beatty* and *Wayne Wagner*, pro se.

*Ralph P. Forbes*, on behalf of himself and appellants the People, Citizens, Voters, and Tax Payers of Arkansas.

*Steve Clark,* Att'y Gen., by: *Jeffery A. Bell*, Deputy Att'y Gen., and *Paul L. Cherry*, Asst. Att'y Gen., for appellees Clinton, Fisher, Pledger, and Moody.

*Joseph K. Mahoney II, Michael K. Wilson,* and *Art A. Givens,* pro se.

PER CURIAM. This appeal is dismissed because it is not shown to involve an appealable order, the record is insufficient, and it appears that the parties are asking us for an advisory opinion.

The appeal is dismissed without prejudice to proceed further in the trial court.

NEWBERN, J., not participating.